**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01141-CR

### JEREMY JOHN SANDERSFELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

On July 16, 2014, this Court ordered appellate counsel Pamela Lakatos to provide appellant with copies of the clerk's and reporter's records. Ms. Lakatos shall ensure that the copies she sends to appellant are redacted to eliminate any personal or contact information regarding the complaining witness. We further **ORDER** Ms. Lakatos to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant. On September 2, 2014, we received a letter from counsel stating that she was not able to complete the job until August 27, 2014. We also have before us appellant's September 2, 2014 request for an extension of time to file his pro se response.

We **GRANT** appellant's September 2, 2014 extension request. Appellant's pro se response is due by **NOVEMBER 10, 2014**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jeremy Sandersfeld, TDCJ No. 1875695, Luther Unit, 1800 Luther Dr., Navasota, Texas 77868.


/s/     LANA MYERS
         JUSTICE